NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES P. STEPHAN and
CATHY J. STEPHAN,

   Appellants,

v.

HSBC BANK USA NATIONAL
ASSOCIATION, as trustee for Wells
Fargo Asset Securities Corporation,
Mortgage Pass-Through Certificates,
Series 2007-8,

   Appellee.

Case No. 2D17-1473

Opinion filed April 13, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Williams, Judge.

Michael Alex Wasylik of Ricardo & Wasylik,
PL, Dade City, for Appellants.

Brittney Lauren Bell, Sara F. Holladay-
Tobias, Emily Y. Rottmann, and Ada Agusti
Hammond of McGuirewoods LLP,
Jacksonville, for Appellee.

PER CURIAM.


   Affirmed.


NORTHCUTT and VILLANTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.